O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MOHAMED,<br><br>          Petitioner,<br>    vs.<br>VINCENT CULLEN, Warden at S.Q.S.P.,<br><br>          Respondent. | Case No. CV 10-8114-JAK (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice.

Dated: March 20, 2012

                                                     JOHN A. KRONSTADT
                                                   UNITED STATES DISTRICT JUDGE