JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MOHAMED, <br><br> Petitioner, <br> vs. <br><br> VINCENT CULLEN, Warden at S.Q.S.P., <br><br> Respondent. | Case No. CV 10-8114-JAK (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: March 20, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE