JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MOHAMED, | Case No. CV 10-8114-JAK (DTB) |
| Petitioner, vs. | **JUDGMENT** |
| VINCENT CULLEN, Warden at S.Q.S.P., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: March 20, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1